**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KATAWBA DE LA ROSA,

                       Plaintiff,

      -against-                             24 **CIVIL** 9182 (MKV)

                                           **JUDGMENT**

THE CITY OF NEW YORK, NEW YORK CITY
FIRE DEPARTMENT, and RONALD
RICCITELLI, individually,

                       Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order & Opinion dated February 17, 2026, Plaintiff's claims are

DISMISSED, with prejudice as to the claims under federal law, and without prejudice as to the

claims under state and municipal law; accordingly, the case is closed.

**Dated:** New York, New York

      February 19, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                          BY:   _____
                                        **Deputy Clerk**